# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FREDDIE DEMETRIUS JAMES,** <br> **INMATE MNI #BCSO00MNI025727** <br><br> **PETITIONER,** <br><br> v. <br><br> **HUEY HOSS MACK,** <br><br> **RESPONDENT.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 1:23-00204-JB-MU** <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**.

**DONE and ORDERED** this 23rd day of September, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE